# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-CR-00337-RJC-DSC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| DARRICK LEON JOHNSON, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 230), the First Superseding Indictment, (Doc. No. 144), as to Darrick Leon Johnson without prejudice.

      **IT IS ORDERED** that the Government's motion, (Doc. No. 230), is **GRANTED** and the First Superseding Indictment, (Doc. No. 144), is **DISMISSED** without prejudice as to Darrick Leon Johnson only.

Signed: July 3, 2013

Robert J. Conrad, Jr.
United States District Judge